

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00186-CV

| | | |
|---|---|---|
| Fredrick Deone Gooden | § | From the 78th District Court |
| | § | of Wichita County (179,717-B) |
| v. | | |
| | § | January 29, 2015 |
| Brett C. Klumpp, Charles Horsley, | | |
| Robert D. Stivers, and T.D.C.J.-CID | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Terrie Livingston
       Chief Justice Terrie Livingston